UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Henry Nichols,                                    Civil 08-6378 JMR/FLN

       Plaintiff,

   v.                                                          O R D E R

1st Judicial District Court Judge
David Knutson, et al.,

       Defendants.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated December 29, 2008, all the files

and records, and no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that:

      1.  Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit

[#2] is DENIED; and

      2.  This action is summarily dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

DATED: January 22, 2009.                    s/James M. Rosenbaum
at Minneapolis, Minnesota                    JUDGE JAMES M. ROSENBAUM
                                United States District Court